UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**24-CR-20523-WILLIAMS/GOODMAN**

CASE NO. _____

18 U.S.C. § 844(i)
18 U.S.C. § 844(c)
18 U.S.C. §§ 981(a)(1)(C), (G)
18 U.S.C. § 982(a)(2)(B)
21 U.S.C. § 853

FILED BY_____mp_____D.C.

**Dec 3, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

HARUN ABDUL-HAMID YENER,

Defendant.

_____/

**INDICTMENT**

The Grand Jury charges that:

On or about November 20, 2024, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**HARUN ABDUL-HAMID YENER,**

did maliciously attempt to damage and destroy by means of an explosive, a building and other real and personal property at the New York Stock Exchange, located at 11 Wall Street, New York, New York, which building and other real and personal property were used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

## FORFEITURE ALLEGATIONS

1.     The allegation of this Indictment is re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HARUN ABDUL-HAMID YENER**, has an interest.

2.     Upon conviction of a violation of 18 U.S.C. § 844, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), and all assets, foreign or domestic, pursuant to 18 U.S.C. § 981(a)(1)(G):

    (i)     of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

    (ii)     acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b(g)(5) against the United States, citizens or residents of the United States, or their property;

    (iii)     derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or

    (iv)     of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism (as defined in section 2331) against any international organization (as defined in section 209 of the State Department Basic Authorities

2

Act of 1956 (22 U.S.C. 4309(b)) or against any foreign Government. Where the property sought for forfeiture is located beyond the territorial boundaries of the United States, an act in furtherance of such planning or perpetration must have occurred within the jurisdiction of the United States.

All pursuant to 18 U.S.C. §§ 844; 981(a)(1)(C),(G); 982(a)(2)(B); and the procedures set forth in 21 U.S.C. § 853, made applicable by 28 U.S.C. § 2461(c).

A TRUE BILL

FOREPERSON

for:

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MICHAEL E. THAKUR
ASSISTANT UNITED STATES ATTORNEY

For

ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

For

ELISABETH POTEAT
TRIAL ATTORNEY, COUNTERTERRORISM SECTION
UNITED STATED DEPARTMENT OF JUSTICE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    CASE NO.: 24-CR-20523-WILLIAMS/GOODMAN

v.
                                                **CERTIFICATE OF TRIAL ATTORNEY**

Harun Abdul-Hamid Yener

_____/                **Superseding Case Information:**
                    Defendant.                   New Defendant(s) (Yes or No)_____
**Court Division** (select one)                  Number of New Defendants _____
   ☒Miami    ☐Key West    ☐FTP                   Total number of new counts _____
   ☐FTL      ☐WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) __No__
    List language and/or dialect:_____

4.  This case will take __8__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                 (Check only one)
    I    ☐  0 to  5 days             ☐ Petty
    II   ☒  6 to 10 days             ☐ Minor
    III  ☐ 11 to 20 days            ☐ Misdemeanor
    IV   ☐ 21 to 60 days            ☒ Felony
    V    ☐ 61 days and over

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) __Yes__
    If yes, Jonathan Goodman _____ Magistrate Case No. 24-mj 04432 _____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
    If yes, Judge_____ Case No. _____

9.  Defendant(s) in federal custody as of November 20, 2024 _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) __No__

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__

15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__

16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: _____

Michael Thakur
Assistant United States Attorney
FL Bar No.          1011456

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  HARUN ABDUL-HAMID YENER

**Case No**: _____

Count #: 1

Attempted destruction of a building used in interstate commerce by means of an explosive

Title 18, United States Code, Section 844(i)

**\*Max. Penalty:** 20 Years' Imprisonment; 5 Years' Mandatory Minimum Imprisonment; 5 Years' Supervised Release; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**