UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 24-20523-CR-WILLIAMS

UNITED STATES OF AMERICA,
     Plaintiff,

vs.

HARUN ABDUL-MALIK YENER.
     Defendant.

_____/

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned District Judge, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to Administrative Order 2011-103.

**DONE AND ORDERED** at Miami, Florida, this **18th** day of February 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Beth Bloom.

All documents for filing in this case shall carry the following case number and designation: 24-20523-CR-Bloom/Goodman.

By Order of Court this 18th day of February 2025.

**ANGELA E. NOBLE**
Court Administrator/Clerk of Court

By: **/s/** *Valerie Kemp*
**Deputy Clerk**