UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20523-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARUN ABDUL-HAMID YENER,

    Defendant.

_____/

**MOTION TO SET STATUS CONFERENCE RE: COUNSEL**

    The Defendant, Harun Yener, by and through undersigned counsel, hereby moves this Court to set a status conference in this matter regarding Mr. Yener's representation. In support thereof, Mr. Yener states as follows:

    1.    On March 28, 2024, Mr. Yener was charged with one count of attempting to damage and destroy a building by means of an explosive, in violation of 18 U.S.C. § 844. [ECF No. 7].

    2.    Mr. Yener made his initial appearance in the Southern District of Florida on November 20, 2024. [ECF No. 4]. Mr. Yener stipulated to pre-trial detention at that time, with the right to revisit. *Id.* At this time, Mr. Yener remains at FDC-Miami.

    3.    On June 25, 2025, Mr. Yener filed with the Court a letter in which he expressed certain concerns he had with his representation. [ECF No. 38]. Following the filing of that letter, undersigned counsel met with Mr. Yener in person at FDC-Miami, during which meeting Mr. Yener indicated he is unable to communicate with

undersigned counsel and would like new counsel appointed to represent him in this matter.

    4.    Accordingly, Mr. Yener respectfully requests that this Court set this matter for a status conference regarding Mr. Yener's representation.

    5.    This motion is filed in good faith and will not cause undue delay.

For the foregoing reasons, Mr. Yener asks this Court to set this matter for a status conference regarding his representation.

    Respectfully submitted,

    HECTOR DOPICO
    FEDERAL PUBLIC DEFENDER

By:    */s/ Victor Van Dyke*
    Victor Van Dyke
    Assistant Federal Public Defender
    Florida Special A No.: A5503021
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1555
    Tel: (305) 530-7000
    E-mail: victor_vandyke@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ *Victor Van Dyke*
    Victor Van Dyke