# COURT MINUTES

Page 1

## Magistrate Judge Eduardo I. Sanchez

**Atkins Building Courthouse - 6th Floor**          Date: 9/15/2025   Time: 10:00 a.m.

Defendant: Harun Abdul-Hamid Yener     J#: 47720-511   Case #: 24-CR-20523-BLOOM(s)

AUSA: Abbie Waxman          Attorney: AFPD - Victor Van Dyke

Violation: Attempted Use of a Weapon of Mass Destruction; Threatening to Assault and Murder a Federal Law Enforcement Officer

Proceeding: Arraignment on Superseding Indictment          CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond: _____

Bond Set at: STIP - Pretrial Detention          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: English

Disposition:

*Brady Order given on 11/20/24

Reading of ~~Indictment~~ Superseding Waived
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested.~~

Defendant Arraigned on Superseding Indictment

☑ One Tenus request for entry of Standing Discovery Order — Granted.

Brady Order Given

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:09:34 ; 10:10:55          Time in Court: 4 Minutes