UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20523-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARUN ABDUL-HAMID YENER,

    Defendant.

_____/

**NOTICE OF FILING**

The Defendant, Harun Yener, hereby provides notice of filing the Memoranda of Understanding required by this Court's Protective Order [ECF No. 52].

                Respectfully submitted,

                HECTOR DOPICO
                FEDERAL PUBLIC DEFENDER

By:   */s/ Victor Van Dyke*
        Victor Van Dyke
        Assistant Federal Public Defender
        Florida Special A No.: A5503021
        150 W. Flagler Street, Suite 1700
        Miami, Florida 33130-1555
        Tel: (305) 530-7000
        E-mail: victor_vandyke@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ *Victor Van Dyke*
      Victor Van Dyke