UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-20523-CR-Bloom</u>

UNITED STATES OF AMERICA

v.

HARUN ABDUL-HAMID YENER,

Defendant.
_____/

## VERDICT FORM

WE, THE JURY, in the above-captioned case, unanimously find the Defendant, **HARUN ABDUL-HAMID YENER**, as to:

**COUNT 1 (Attempting to Use a Weapon of Mass Destruction):**

[　] GUILTY

[X] NOT GUILTY

**COUNT 2 (Attempt to Use Explosive):**

[　] GUILTY

[X] NOT GUILTY

**COUNT 3 (Threat to Assault and Murder a Federal Law Enforcement Officer):**

[　] GUILTY

[X] NOT GUILTY

**COUNT 4 (Threat to Assault and Murder a Federal Law Enforcement Officer):**

[　] GUILTY

[X] NOT GUILTY

**Continue to next page**

1

**COUNT 5 (Threat to Assault and Murder a Federal Law Enforcement Officer):**

[    ] GUILTY

[ X ] NOT GUILTY

**SO SAY WE ALL.**

_____ 6/30/26 _____
Date

Foreperson's Printed Name