**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cr-20523-BLOOM/Elfenbein**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARUN ABDUL-HAMID YENER,

    Defendant.

_____/

## JUDGMENT OF ACQUITTAL

The Defendant, **HARUN ABDUL-HAMID YENER**, was before the Court for jury trial and the jury having rendered a verdict of Not Guilty as to Count One, Use of a Weapon of Mass Destruction, in violation of 18 U.S.C. § 2332(a); Count Two, Attempted Use of Explosive, in violation of 18 U.S.C. § 844(i); and Counts Three to Five, Threatening to Assault and Murder a Federal Law Enforcement Officer, in violation of 18 U.S.C. § 115(a)(l)(B) it is:

**ORDERED AND ADJUDGED** that a Judgment of Acquittal is entered as to the Defendant, **HARUN ABDUL-HAMID YENER**, as to **Counts One through Five** of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 6, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Case No. 16-cr-20715-BLOOM