| | UNITED STATES OF AMERICA V. HARUN ABDUL-HAMID YENER<br>CASE NO. 24-20523-CR-BLOOM<br>DEFENSE EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| **Ex. No.** | **Date Offered** | **Marked** | **Admitted** | **Description of Exhibit** (audio/video file names noted where applicable) | **Timestamp** (where applicable) |
| A | 6/22/2026 | | x | Transcript of 7/4/2024 – Recorded call with CHS 1D6 | |
| A1 | 6/22/2026 | | x | 7/4/2024 – Recorded call with CHS 1D6 0081.001__RED.wav | 07:26-09:06-A1C1 43:15-44:49-A1C2 01:02:37-01:03:12-A1C3 01:09:03-01:10:38-A1C4 01:16:22-01:22:06-A1C5 01:28:48-01:33:02-A1C6 01:38:54-01:39:20-A1C7 01:41:29-01:42:20-A1C8 |
| A2 | 6/22/2026 | | x | 7/4/2024 – Recorded call with CHS 1D6 0081.002_RED.wav | 00:00-06:59-A2C1 |
| A3 | 6/22/2026 | | x | 7/4/2024 – Recorded call with CHS 1D6 0081.003_RED.wav | 05:39-07:38-A3C1 36:23-37:49-A3C2 |
| B | 6/22/2026 | | x | Transcript of 7/8/2024 – Recorded call with CHS 1D1-ELA | |
| B1 | 6/22/2026 | | x | 7/8/2024 – Recorded call with CHS 0138.002.RED.wav | 03:08-03:17-B1C1 11:18-11:58-B1C2 12:33-13:06-B1C3 18:07- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 18:18-B1C4 19:52-21:09-B1C5 23:08-23:50-B1C6 28:12-29:30-B1C7 28:59-29:14-B1C8 47:03-47:50-B1C9 |
| C | 6/22/2026 | | x | Transcript of 7/9/2024 - Recorded call with CHS 1D7-ELA | |
| C1 | 6/22/2026 | | x | 7/9/2024 - Recorded call with CHS 0138.001.wav | 08:28-09:58-C1C1 |
| D | 6/22/2026 | | x | Transcript of 8/8/2024 – Recorded meeting with CHS 1D8 | |
| D1 | 6/22/2026 | | x | 8/8/2024 – Recorded meeting with CHS 5047.001_RED.wav | 01:00:42-01:01:08-D1C1 01:08:29-01:09:05-D1C2 01:10:22-01:10:56-D1C3 01:11:59-01:12:42-D1C4 01:24:20-01:24:59-D1C5 01:27:46-01:29:28-D1C6 |
| E | 6/22/2026 | | x | Transcript of 8/15/2024 – Recorded call with CHS 1D12 | |
| E1 | 6/22/2026 | | x | 8/15/2024 – Recorded call with CHS 0138.002_RED.wav | 6:22-06:42-E1C1 21:24-21:55-E1C2 22:23-23:22-E1C3 |
| F | 6/22/2026 | | x | Transcript of 8/19/2024 – Recorded call with CHS 1D13 | |
| F1 | 6/22/2026 | | x | 8/19/2024 – Recorded call with CHS 0046.002_RED.wav | 06:18-09:04-F1C1 |

| | | | | | |
|---|---|---|---|---|---|
| G | 6/22/2026 | | x | Transcript of 8/22/2024 – Recorded call with CHS 1D14 | |
| G1 | 6/22/2026 | | x | 8/22/2024 – Recorded call with CHS 0138.001_RED.wav | 00:11-06:45-G1C1 07:10-11:16-G1C2 11:29-12:15-G1C3 23:54-27:06-G1C4 |
| H | 6/22/2026 | | x | Transcript of 9/26/2024 – Recorded meeting with CHS, UC1 1D21 | |
| H1 | 6/22/2026 | | x | 9/26/2024 – Recorded meeting with CHS, UC1 1563.003_RED.wav | 06:31-06:59-H1C1 |
| H2 | 6/22/2026 | | x | 9/26/2024 – Recorded meeting with CHS, UC1 1563.004_RED.wav | 15:50-16:17-H2C1 |
| H3 | 6/22/2026 | | x | 9/26/2024 – Recorded meeting with CHS, UC1 1563.013.wav | 05:02-06:09-H3C1 08:17-014:26-H3C2 |
| H4 | 6/22/2026 | | x | 9/26/2024 – Recorded meeting with CHS, UC1 1563.014_RED.wav | 01:07-02:00-H4C1 14:16-16:35--H4C2 |
| I | 6/22/2026 | | x | Transcript of 9/30/2024 – Recorded call with CHS 1D31 | |
| I1 | 6/22/2026 | | x | 9/30/2024 – Recorded call with CHS 1D31 0046.002_01.RED.wav | 00:00-04:16-I1C1 05:48-06:06-I1C2 07:22-08:46-I1C3 9:43-10:43-I1C4 12:12-12:25-I1C5 12:34-13:15-I1C6 14:43-15:05-I1C7 15:37-17:27-I1C8 20:21-21:42-I1C9 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 23:38-24:00-I1C10 25:21-25:46-I1C11 |
| J | 6/22/2026 | | x | Transcript of 10/3/2024 – Recorded meeting with UCE1 1D32 pts. 1-3 | |
| J1 | 6/22/2026 | | x | 10/3/2024 – Recorded meeting with UCE1 3883069.002.cam1_RED.wav | 28:22-34:00-J1C1 35:57-37:08-J1C2 54:53-57:14-J1C3 |
| J2 | 6/22/2026 | | x | 10/3/2024 – Recorded meeting with UCE1 79-3.avi | 22:05-23:45-J2C1 |
| K | 6/22/2026 | | x | Transcript of 10/3/2024 – Recorded meeting with UCE1 1D32 pt.4 | |
| K1 | 6/22/2026 | | x | 10/3/2024 – Recorded meeting with UCE1 3883069.004.cam1_RED.wav | 12:53-13:05-K1C1 27:34-30:46-K1C2 15:38-18:21-K1C3 |
| K2 | 6/22/2026 | | x | 10/3/2024 – Recorded meeting with UCE1 3883069.004.cam1.part02_RED.wav | 5:31-05:56-K2C1 |
| L | 6/22/2026 | | x | Transcript of 10/7/2024 – Recorded call with UCE1 1D36 | |
| L1 | 6/22/2026 | | x | 10/7/2024 – Recorded call with UCE1 241007_1536_01.RED.wav | 12:54-19:17-L1C1 |
| M | 6/22/2026 | | x | Transcript of 10/10/2024 – Recorded call with CHS 1D39 | |
| M1 | 6/22/2026 | | x | 10/10/2024 – Recorded call with CHS 1D39 0046.001_RED.wav | 00:00-06:38-M1C1 08:08-09:25-M1C2 12:32-16:07-M1C3 17:15-18:16-M1C4 20:37-20:56-M1C5 25:43-27:07-M1C6 29:56-32:00-M1C7 |

| | | | | | |
|---|---|---|---|---|---|
| P | 6/22/2026 | | x | Transcript of 10/23/2024 – Recorded meeting with UCE1 and CHS 1D43 | |
| P1 | 6/22/2026 | | x | 10/23/2024 – Recorded meeting with UCE1 and CHS 1D43 0143.002.cam1_RED | 32:25-40:13-P1C1 |
| P2 | 6/22/2026 | | x | 10/23/2024 – Recorded meeting with UCE1 and CHS 1D43 0143.002.cam1.part02_RED | 00:00-05:07-P2C1 11:16-24:08-P2C2 |
| P3 | 6/22/2026 | | x | 10/23/2024 – Recorded meeting with UCE1 and CHS 1D43 0143.003.cam1_RED.mp4 | 19:41-20:34-P3C1 |
| Q | 6/22/2026 | | x | Transcript of 10/30/2024 – Recorded meeting with UCE1 1D53 | |
| Q1 | 6/22/2026 | | x | 10/30/2024 – Recorded meeting with UCE1 1D53 MM_MM-3883069_MM-3883069-BR_2024_10_30T10_45_12_01.RED.wav | 09:59-10:19-Q1C1 16:35-16:51--Q1C2 |
| Q2 | 6/22/2026 | | x | 10/30/2024 – Recorded meeting with UCE1 1D53 MM_MM-3883069_MM-3883069-BR_2024_10_30T11_25_12.RED.wav | 02:04-02:11-Q2C1 |
| Q3 | 6/22/2026 | | x | 10/30/2024 – Recorded meeting with UCE1 1D53 MM_MM-3883069_MM-3883069-BR_2024_10_30T15_08_41.RED.wav | 19:47-20:00-Q3C1 |
| Q4 | 6/22/2026 | | x | 10/30/2024 – Recorded meeting with UCE1 1D53 MM_MM-3883069_MM-3883069-BR_2024_10_30T15_28_41_01.RED.wav | 00:00-01:59-Q4C1 |
| Q5 | 6/22/2026 | | x | 10/30/2024 – Recorded meeting with UCE1 1D53 MM_MM-3883069_MM-3883069-BR_2024_10_30T15_48_41_01.RED.wav | 07:51-08:03-Q5C1 10:15-11:54-Q5C2 |
| Q6 | 6/22/2026 | | x | 10/30/2024 – Recorded meeting with UCE1 1D53 MM_MM-3883069_MM-3883069-BR_2024_10_30T11_05_12.RED | 10:27-10:43-Q6C1 15:57-16:25-Q6C2 |
| R | 6/22/2026 | | x | Transcript of 11/4/2024 – Recorded meeting with UCE1 1D54 | |
| R1 | 6/22/2026 | | x | 11/4/2024 – Recorded meeting with UCE1 1D54 3883069.001.CAM1_PR | 30:15-30:19-R1C1 |
| S | 6/22/2026 | | x | Transcript of 11/4/2024 – Recorded meeting with UCE1 1D54 Pt. 3 | |

| | | | | | |
|---|---|---|---|---|---|
| S1 | 6/22/2026 | | x | 11/4/2024 – Recorded meeting with UCE1 1D54 3883069.003.cam1.RED.mp4 | 10:25-10:36-S1C1 23:43-24:38-S1C2 22:14-22:50-895C1 |
| T | 6/22/2026 | | x | Transcript of 11/7/2024 – Recorded meeting with UCE1 1D55 | |
| T1 | 6/22/2026 | | x | 11/7/2024 – Recorded meeting with UCE1 1D55 3883069.001.cam1.RED.mp4 | 21:58-24:42-T1C1 32:42-32:50-T1C2 27:27-27:43-T1C3 |
| T2 | 6/22/2026 | | x | 11/7/2024 – Recorded meeting with UCE1 1D55 3883069.003.cam1.RED.mp4 | 22:51-25:47-T2C1 26:32-26:44-T2C2 55:31-56:11-T2C3 |
| T3 | 6/22/2026 | | x | 11/7/2024 – Recorded meeting with UCE1 1D55 3883069.004.cam1.RED.mp4 | 03:34-06:58-T3C1 01:06:41-01:07:45-T3C2 01:01:46-01:01:52-T3C3 |
| T4 | 6/22/2026 | | x | 11/7/2024 – Recorded meeting with UCE1 1D55 3883069.005.cam1.RED.mp4 | 06:39-06:44-T4C1 24:34-27:35-T4C2 54:32-55:55-T4C3 |
| U | 6/22/2026 | | x | Transcript of 11/12/2024 – Recorded meeting with UCE1 1D57 pt. 2 | |
| U1 | 6/22/2026 | | x | 11/12/2024 – Recorded meeting with UCE1 1D57 3883069.002.cam1_1.RED.mp4 | 25:35-25:46-U1C1 33:10-34:17-U1C2 |
| V | 6/22/2026 | | x | Transcript of 11/14/2024 – Recorded call with CHS 1D62 | |
| V1 | 6/22/2026 | | x | 11/14/2024 – Recorded call with CHS 0081.002.RED | Entire Recording |

| | | | | | |
|---|---|---|---|---|---|
| V2 | 6/25/2026 | | x | Transcript of 11/14/2024 – Recorded call with CHS 1D62 Entire Transcript | |
| W | 6/22/2026 | | x | Transcript of 11/14/2024 – Recorded call with UCE1 1D65 | |
| W1 | 6/22/2026 | | x | 11/14/2024 – Recorded call with UCE1 | Entire recording |
| W2 | 6/25/2026 | | x | Transcript of 11/14/2024 – Recorded call with UCE1 1D65 Entire Transcript | |
| X | 6/22/2026 | | x | Transcript of 11/18/2024 – Recorded meeting with UCE1 1D63 | |
| X1 | 6/22/2026 | | x | 11/18/2024 – Recorded meeting with UCE1 1d63 0143.002_R.mp4 | 48:51-48:59-X1C1 54:13-56:29-X1C2 01:12:24-01:13:00-X1C3 52:43-52:52-X1C4 |
| X2 | 6/22/2026 | | x | 11/18/2024 – Recorded meeting with UCE1 1d63 0143.003_R.mp4 | 00:37-01:33-X2C1 |
| Y | 6/22/2026 | | x | Transcript of 11/20/2024 – Recorded Meeting with UCE1 1D68 | |
| Y1 | 6/22/2026 | | x | 11/20/2024 – Recorded Meeting with UCE1 0143.002.cam1 | 9:49-10:20-Y1C1 |
| Z | 6/22/2026 | | x | Transcript of 7/10/2024 Recorded Call with CHS 1D2 ELA | |
| Z1 | 6/22/2026 | | x | 7/10/2024 Recorded Call with CHS 1D2 ELA 0081.001.RED | 04:18-05:43-Z1C1 13:55-14:52--Z1C2 17:11-17:35-Z1C3 18:21-23:09-Z1C4 23:28-29:41--Z1C5 38:32-43:24--Z1C6 53:30-01:10:38-Z1C7 01:13:30- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 01:17:31-Z1C8 01:19:50-01:20:22-Z1C9 01:23:38-01:23:49-Z1C10 01:26:34-01:27:46-Z1C11 01:28:23-01:31:24-Z1C12 |
| Z2 | 6/22/2026 | | x | 7/10/2024 Recorded Call with CHS 1D2 ELA 0081.002.RED | 04:18-09:38-Z2C1 12:46-15:56-Z2C2 26:22-26:31-Z2C3 |
| AA | 6/22/2026 | | x | Transcript of 7/13/2024- Recorded Call with CHS 1D3 ELA | |
| AA1 | 6/22/2026 | | x | 7/13/2024- Recorded Call with CHS 1D3 ELA 0138.001.RED | 00:36-01:57-AA1C1 03:34-05:51--AA1C2 07:25-09:35-AA1C3 11:55-20:57-AA1C4 21:45-22:09-AA1C5 22:49-23:03-AA1C6 38:51-40:23-AA1C7 42:23-48:22-AA1C8 |
| BB | 6/22/2026 | | x | Transcript of 7/16/2024 Recorded Call with CHS 1D4 ELA Pt. 1 | |

| | | | | | |
|---|---|---|---|---|---|
| BB1 | 6/22/2026 | | x | 7/16/2024 Recorded Call with CHS 1D4 ELA Pt. 1 0081.001.RED | 00:02-00:48-BB1C1 01:54-02:45-BB1C2 26:10-30:30-BB1C3 01:37:23-01:38:41-BB1C4 01:40:20-01:49:41-BB1C5 |
| CC | 6/22/2026 | | x | Transcript of 8/2/2024 Recorded Call with CHS 1D6 ELA Pt. 2 | |
| CC1 | 6/22/2026 | | x | 8/2/2024 Recorded Call with CHS 1D6 ELA Pt. 2 3883069.002.RED | 01:08-01:31-CC1C1 23:12-24:30-CC1C2 31:55-33:48-CC1C3 |
| DD | 6/22/2026 | | x | Transcript of 7/29/2024 Recorded Call with CHS 1D7 ELA | |
| DD1 | 6/22/2026 | | x | 7/24/2024 Recorded Call with CHS 1D7 ELA 138320.38.36(24.07.24)_redacted.wav | Entire Recording |
| EE | 6/22/2026 | | x | Transcript of 8/7/2024 Recorded Call with CHS 1D10 | |
| EE1 | 6/22/2026 | | x | 8/7/2024 Recorded Call with CHS 1D10 0138.001.RED.wav | 02:31-02:42-EE1C1 |
| FF | 6/16/2026 | | x | Yener Bolo | |
| II | 6/16/2026 | | x | Flag Photo | |
| JJ | 6/16/2026 | | x | 10-9-2024 Depenbrock Email | |
| KK | 6/16/2026 | | x | 9-23-204 Depenbrock Email | |
| LL | 6/15/2026 | x | | CHS Payments Spreadsheet | |
| SS | 6/22/2026 | | x | ERT_0003 | |
| TT | 6/22/2026 | | x | ERT_0009 | |
| UU | 6/22/2026 | | x | ERT_0023 | |

| | | | | | |
|---|---|---|---|---|---|
| VV | 6/22/2026 | | x | ERT_0025 | |
| AAA | 6/22/2026 | | x | Transcript of 9/4/2024 Recorded Call with CHS 1D16 | |
| AAA1 | 6/22/2026 | | x | 9/4/2024 Recorded Call with CHS 1D16 69.wav | 00:00-01:18-AAA1C1 09:30-10:30-AAA1C2 17:49-26:04-AAA1C3 |
| BBB | 6/22/2026 | | x | Transcript of 9/8/2024 Recorded Call with CHS 1D17 | |
| BBB1 | 6/22/2026 | | x | 9/8/2024 Recorded Call with CHS 1D17 70.wav | 03:55-05:22-BBB1C1 |
| CCC | 6/22/2026 | | x | Transcript of 9/15/2024 Recorded Call with CHS 1D19 | |
| CCC1 | 6/22/2026 | | x | 9/15/2024 Recorded Call with CHS 1D19 72.wav | 07:29-09:00-CCC1C1 17:16-21:16-CCC1C2 |
| DDD | 6/22/2026 | | x | Transcript of 9/13/2024 Recorded Call with CHS 1D20 | |
| DDD1 | 6/22/2026 | | x | 9/13/2024 Recorded Call with CHS 1D20 71.wav | 06:29-08:27-DDD1C1 26:02-27:32-DDD1C2 |
| EEE | 6/22/2026 | | x | Transcript of 9/26/2024 Recorded Call with CHS 1D23 | |
| EEE1 | 6/22/2026 | | x | 9/26/2024 Recorded Call with CHS 1D23 76-1.wav | |
| EEE2 | 6/22/2026 | | x | 9/26/2024 Recorded Call with CHS 1D23 76-2.wav | |
| EEE3 | 6/22/2026 | | x | 9/26/2024 Recorded Call with CHS 1D23 76-3.wav | |
| EEE4 | 6/22/2026 | | x | 9/26/2024 Recorded Call with CHS 1D23 76-4.wav | 02:58-18:02-EEE4C1 20:55-21:49- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | EEE4C2<br>22:57-<br>24:44-<br>EEE4C3<br>30:15-<br>34:53-<br>EEE4C4 |
| EEE5 | 6/22/2026 | | x | 9/26/2024 Recorded Call with CHS 1D23 76-5.wav | 02:31-<br>05:44-<br>EEE5C1<br>10:38-<br>11:09-<br>EEE5C2<br>13:05-<br>20:21-<br>EEE5C3 |
| FFF | 6/22/2026 | | x | Transcript of 9/19/2024 Recorded Call with CHS 1D27 | |
| FFF1 | 6/22/2026 | | x | 9/19/2024 Recorded Call with CHS 1D27 74.wav | 13:41-<br>14:19-<br>FFF1C1<br>18:50-<br>20:41-<br>FFF1C2<br>23:32-<br>24:43-<br>FFF1C3<br>01:02:10-<br>01:03:42-<br>FFF1C4 |
| GGG | 6/22/2026 | | x | Transcript of 9/23/2024 Recorded Call with CHS 1D28 | |
| GGG1 | 6/22/2026 | | x | 9/23/2024 Recorded Call with CHS 1D28 75.wav | 05:35:06:10-<br>GGG1C1<br>15:23-<br>16:14-<br>GGG1C2 |
| HHH | 6/22/2026 | | x | Transcript of 9/16/2024 Recorded Call with CHS 1D29 Pts, 1 and 2 | |
| HHH1 | 6/22/2026 | | x | 9/16/2024 Recorded Call with CHS 1D29 Pts, 1 and 2 73.wav | 13:08-<br>15:45-<br>HHH1C1<br>18:06-<br>19:00-<br>HHH1C2<br>24:52-<br>25:14- |

| | | | | | HHH1C3 28:48-30:37-HHH1C4 34:14-35:19-HHH1C5 38:52-40:24-HHH1C6 |
|---|---|---|---|---|---|
| III | 6/22/2026 | | x | Transcript of 10/4/2024 Recorded Call with CHS 1D37 | |
| III1 | 6/22/2026 | | x | 10/4/2024 Recorded Call with CHS 1D37 80.wav | 000:57-208-III1C1 04:44-04:55-III1C2 05:00-05:25-III1C3 |
| MMM | 6/24/2026 | | x | Skype_08.01.2024-05.23.2025_-_Individual_Chats1_Redacted (2)_Redacted | |
| NNN | 6/24/2026 | | x | UCE_Texts_Redacted | |
| OOO | 6/25/2026 | | x | WhatsApp messages between Yener and UCE | |
| QQQ | 6/25/2026 | | x | Walkie Talkie Photo | |
| RRR | 6/29/2026 | x | | Transcript of 8/27/2025 Grand Jury Testimony of Garrett Bowman | |
| YYY6 | 6/29/2026 | | x | 9/24/2024 Baseball Card on Yener | |
| AAAA | 6/29/2026 | | x | YouTube Video: "How to Make a Bomb from Matchsticks" | |
| BBBB | 6/29/2026 | | x | YouTube Video: "How to Make a Powerful Match Bomb" | |
| CCCC | 6/29/2026 | | x | Yener's Notebook | |