

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

FBI Miami
2030 Southwest 145th Avenue
Miramar, Florida   33027

File Number:

Typist Name:                    OST Daniel Guzman

Name of Reviewer:               SA Taylor Sutherland

Name of Document File:          1D6

Date of Recording:

Time of Recording:

Type of Recording:               CHS Phone contact

Participants:                   HY- Harun Yener
                                CHS
                                UM – Unknown Male
                                UF – Unknown Female

Abbreviations:                  [UI] -   Unintelligible
                                [SC] -   Simultaneous Conversation
                                [OV] -   Overlapping Voices
                                [IA] –   Inaudible



File#: ████████████████

Date:

Time:

CD#:   1D6

| | |
|---|---|
| CHS: | So what gear are you thinking about picking up. |
| HY: | Oh yeah. I'm going to pick up a few electronics things tomorrow. |
| CHS: | Hell yeah. |
| HY: | I mean I still got screw drivers and a few other tools they didn't take everything. But I need soldering irons – soldering kit and all that stuff because the one I had it fucking – the tip finally gave out. |
| CHS: | Yeah. |
| HY: | They usually have more you can replace the tips, but it started acting up after that so I just kind of like I didn't trust it. So, I just like I got to get a new one. I had that one for like three years. |
| CHS: | Ok that's pretty good. I mean I don't know shit about soldering but three years I mean if you were using it regularly. |
| HY: | I don't use it every, every day it's just like when I'm not working or I aint got shit to do I finish something and then like – that I had a project on – I been working on a lot of projects. |
| CHS: | Hell yeah. |
| HY: | I've kind of had to cut down because I got so many I was working on I was like nah this is never going to get done. |
| CHS: | Yeah. |
| HY: | I'm not a mad scientist I don't - I'm not here that often to do it. |
| CHS: | Right. |
| HY: | So I left that shit alone for a while but – and with any project it costs money but I got to get back into it. |

5

███████

File#: ███████████
Date:
Time:
CD#:   1D6


CHS:                    Yes sir. My bad bro I'm fucking zooted I popped a fucking Xanax
                        so I'm kind of fucking retarded.

HY:                     I'm about to smoke this blunt.

██         ██████████████████

██         █████████████

██         ██

██         ████████████████████████████
           ██████████████████
           ████████████

██         ██

██         █████████████████████████
           ████████████████████████████
           ██████████

██         █████████

██         ███████████████████████

██         █████████████████████████████
           ███████████████████████
           ██████████

██         █████████████████████████████
           █████████████████████████
           ███████████

███████

████████████

File#: ████████████
Date:
Time:
CD#: 1D6

██    ██

██    ███████████████████████████████

CHS: See I thought about booby trapping a couple of my shit, but I just be worried bro. Like, I don't know if my ████████ sees it, I don't know what he's going to think you know what I'm saying shit like that.

HY: Yeah, don't be doing that.

CHS: I thought about like booby trapping my car.

HY: With what.

CHS: I was thinking like a shotgun shell.

HY: Don't do that you'd get in trouble.

CHS: Yeah.

HY: Big big trouble… like honestly bro that's the – I don't even make them like that. I make them like as tall as your index finger maybe your middle finger but about as think as a lighter.

CHS: Ok.

HY: So, when it goes off it hurts but it doesn't like blow anything off. [OV] Its going to feel like a wasp

CHS: Right, so you kind of use it kind of like a flash bang it sounds like.

27

████████████

███████████

File#: ████████████████
Date:
Time:
CD#:   1D6

HY:                         Yeah, like its mostly to sting the shit out of you. I don't make them to actually kill people just sting and like hey I know you're here man.

CHS:                        Right.

HY:                         Like I'll set one up bro to where like it will go off five feet in front of you – six feet. So, it's like it don't hurt you but like – I mean it depends on your speed of walk cause when I build them bro, I don't build them bro I don't build them to go off, off the bat. Like when it goes off its going to be like a grenade two or three second delay.

CHS:                        Ok.

██          ██████████████████████████████
            ████████████████████████

██          ████████████████████████████
            ██████████████████████

██          ██████████████

██          ████████████████████████████

██          ██████████████████████████████
            ████████████████████████
            ████████████████████

██          ████

██          ██████████████████████████████
            ██████████████████████████
            ████████████████████

28

██████████████████

██████████████

File#:  ████████████████

Date:

Time:

CD#:   1D6

██   ██████████████████████████████
    ███

█████████████████████████████

██   ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████

██              ██████

██              ██████████████████████

██              ██████████████

██              ████

CHS:            So, what are you doing tomorrow. You said you were going to link up with some boys. Some homies.

HY:             I'm going to try to man, but I got to fucking go to the – get this shit set up from Walmart one of the things being some more equipment just to store away so – not for anything crazy now but like store away so in the future like I said I already got it. I'll know how to use it. Cause I've been using soldering irons since I was like fourteen bro.

39

██████████████

File#: ███████████████
Date:
Time:
CD#:   1D6

CHS:        Nah I was saying you think like the – fuck what was I saying – you think the method you're talking about is better than pipe bombs.

HY:         I mean bro.

CHS:        Cause I feel like pipe bombs are just so easy to make. You know what I'm saying.

HY:         Yeah, they don't – I mean bro I feel like the reason I never liked they bro is because I feel like they are too destructive.

CHS:        Well yeah but I feel like if you are going to make an explosive you know what I'm saying.

HY:         The ones I make are more – bro the ones I make some are like – how do put this this way bro. How do I put this, so when I'm doing it bro like I'm doing it like I said no bigger than a cigarette box and about as thick as maybe two of your fists about maybe the size of an M100 – a quarter stick. The reason I do this is because if you have a controlled explosion bro you get to hit your enemy destroy moral. You know what I'm saying like if you put a pipe bomb on that bro, you're going to blow up the whole fucking neighborhood trying to kill one, two niggas.

CHS:        Ok I see what you are saying.

HY:         That's doing too much. Like even if you notice in call of duty when they hit tripwires it doesn't [many explosion sounds] it just [explosion sound] and he is gone. That's how it should work.

43

File#:

Date:

Time:

CD#:   1D6

**HY:**          So, none of your people in the group you're trying to start none of them like – ok so I got questions about you're thing.

**CHS:**         Yeah-yeah.

**HY:**          So, let me ask this like – how do I start this off – so are your people and you trying to create – you said I believe before at one point correct me if I'm wrong actually more than once you wanted to start one?

**CHS:**         No-no-no we are trying to join one.

47

File#: ██████████████
Date:
Time:
CD#:   1D6

HY:                 You're trying to join one.

CHS:                Yeah.

HY:                 But why not start one.

CHS:                It just seems like too much bro and its only four of us you know what I mean. Like me and three homies.

HY:                 So, what's wrong with that.
CHS:                That's too small bro like I feel like you got to link up with like the big boys.

HY:                 I mean but if you do your own shit then that means you run it the way you want it to be ran.

CHS:                Yeah, but I mean I don't mind it. I don't mind just listening to whatever like your commanders or whatever say.

HY:                 So basically, you want to join. Have you all thought about who it's going to be. Have you all looked at people have you all talked like how is it going so far.

CHS:                Bro, zero progress like we found one group in Florida, but they are a bunch of fucking goofies bro and then everybody else is just outside of fucking Florida and we are like damn bro like you know probably have to hold off until we move or some shit. [UI].

HY:                 What was wrong with the goofies? What did they do?

CHS:                They were just like too much uhm like they over hyped it I guess, and we were all liked nah. They don't train as much as we do, they don't really do none of the shit we do and then on top of that like the only thing they cared about was white supremacy bro.

48

████████████

File#:   ████████████
Date:
Time:
CD#:   1D6

| | |
|---|---|
| HY: | Ohhhh, ok. So, what why don't you all just start your own. Why not. |
| CHS: | Yeah, maybe I would have to run it by them and see what they say. |
| HY: | You might as well I mean because if you're not finding anybody who's like on that level bro. Then like you might as well start your own and then just let it grow. Cause there are a lot of motherfuckers out here with guns bro you just got to – you all's people got to mingle and talk to more people. |
| CHS: | Yeah. |
| HY: | You don't have to train every day. You can do what the national guard does and do it twice a week – twice a month and be good. |
| CHS: | Right-right-right yeah, well yeah that's the goal once twice a month. |
| HY: | So, you just do shit like that it's crazy. |
| CHS: | Yeah, but nah none of them niggas know about fucking explosives and shit. |
| HY: | None of them are ex-military. |
| CHS: | Yeah, two of them are. That's what I was about to say one of them might actually know some fucking – some shit. Honestly never even thought about it you know. But after I started thinking about it, I'm like yo that shit gives you a fat ass advantage. You know what I'm saying. |
| HY: | I would rather be in a group I know – with a group of people I know then strangers. Let it grow dude it takes time nothing takes three days. |

████████████

████████████

File#:   ████████████
Date:
Time:
CD#:   1D6

CHS:    Nah nah I know that it's just it's been months though you know. Just been looking at shit.

HY:     Revolutions are taking years. It's not a big deal.

CHS:    Yeah, that's true.

HY:     I mean you got to start somewhere.

CHS:    Yep, can't lie with that. It's just like bro also you see like – you know what I'm saying like the proud boys and like motherfuckers like that and you know.

HY:     [OV] And they started off small.

CHS:    Us we are trying to join them. We are trying to be part of something big.

HY:     I mean what do you all – actually that was another thing I was going to ask actually what is you all's ideology like what do you all stand for what are you all after.

CHS:    Just pretty much anti-government dude just like you know what I'm saying bring power back to the people almost to like an anarchist level you know.

HY:     I mean have you ever talked to them.

CHS:    To who?

HY:     The proud boys.

CHS:    Nah-nah-nah I think one of them reached out and we never got a reply, so we never actually spoke with them. But it doesn't matter what like their ideology is we keep it low key and like just follow whatever they say but like our own personal belief is like uh…

50

████████████

███████████████

File#: ████████████████████
Date:
Time:
CD#:   1D6

HY:                          So, if I were you – you all are mostly a splinter cell group. Ok I see what we can do ok so how many that's – so all together there are six of you, right?

CHS:                         Four.

HY:                          Four, alright. Four-four-four. Well shit what I would say is – what I would say is fucking… bro you all might as well – how do I put this – you all might as well be a little splinter cell group.

CHS:                         Yeah, but you at least need to – I mean I could be wrong, but I feel like you at least got to like have connections you know what I mean. Like sure you can be like your own thing, but you need to have connections with the big boys.

████    ███████████████████████████████████████

████    ██

████    ██████████████████████████████
        ████

████    ████████████████

████    ███████████████████████████
        █████████

51

███████████████



File#: ▮▮▮▮▮▮▮▮▮
Date:
Time:
CD#:   1D6

HY:            Why don't you all ever go do air soft that shit is cool and pretty
               tuff.

CHS:           I was thinking about that – I was thinking about that cause I feel
               like you can get training just out of that.

HY:            You can cause you be doing – indoor ones be on point. I love the
               indoor airsoft. Bro get you a fucking; ay if you do that I'll save up
               money – I already got money saved up – I'll buy an airsoft.

CHS:           Hell yeah. I think there is a bunch down here, I think.

File#:
Date:
Time:
CD#:   1D6

HY:             Or better yet one day you come pick me up I'll pay for gas, and you take me to an airsoft store, and I'll buy one.

CHS:            Hell yeah.

HY:             [OV] We'll do it one day.

CHS:            Honestly, I don't even give a fuck about the gas bro all I care about is how far that shit is.

HY:             Bro honestly, I just give people gas because you know I'm in their shit but no I see your point but bro we should do that. Them airsoft tournaments are on point bro I'll fucking buy an airsoft bro them indoor one's bro you got to look up a lot of shit on YouTube. Look up indoor uh –

CHS:            I'm looking at a place right now in Miami. It has an indoor big ass bar in there and shit.

HY:             You know what I'm going to get on my shit, I'm going to get a tracer, I already know what I'm going to get. I'm going to get a fucking uhm Mac10 airsoft CO2. Whatever fucking airsoft I get has to be CO2 powered.

CHS:            I don't think they allow that do they?

HY:             Yes-yes. You can't do fully automatic in indoor ones though they don't like that shit you'll get kicked out, but you can do semi-automatic. I'm putting a tracer on mine – you can use green gas or CO2, or battery powered – I don't like battery powered air soft guns I hate them shits –

CHS:            [OV] Ok. Bro this one is fucking crazy twenty-five thousand square feet.

56

File#: ███████████████

Date:

Time:

CD#:   1D6

| | |
|---|---|
| HY: | – I don't like green gas; I like uh CO2 airsoft guns cause when they shoot their pellets, they shoot them the hardest out of all three of them. |
| CHS: | Ah bet. Yeah, I only got a pellet gun. |
| HY: | I'm going to get it. Bro there is an airsoft store I know there is, I'll buy one I fucking want a fucking – I'll run around with a pistol in an indoor one. |
| CHS: | Ok. Bro whatever happened to like laser tag. I remember as a kid we used to always do fucking laser tag. |
| HY: | I don't fuck with laser tag. |
| CHS: | Yeah, I think I'm having more nostalgia honestly. Shit, so what you up to bro. |
| HY: | I'm just chilling right now I'm about to move in a second. |
| CHS: | Yep, I feel you. I'm fucking still zooted. |
| HY: | [UI] But no airsoft yeah. I haven't played airsoft in a while. |
| CHS: | I never got into it I ain't even going to lie. |
| HY: | I've done it. It's alright. |
| CHS: | It looks fun. I've seen YouTube videos that shit looks fun. |
| HY: | I fuck with paint ball, but paint ball is too expensive. |
| CHS: | Yeah, yeah it's definitely a lot more pricey then the airsoft. Yeah, that looks like a good place the one that I'm looking at. |

57

File#:
Date:
Time:
CD#:   1D6

HY:                          And hear me out here is how we can train. When there are about to do the three, two, one like off call of duty we'll just all follow each other and have someone lead and we'll tactical unit that shit.

CHS:                         Hell yeah. Yeah, this shit does look fun I ain't going to lie.

58

████████████

File#: ████████████
Date:
Time:
CD#:   1D6

HY:     Dude, you know what we are going to do then?

CHS:    What's that.

HY:     We're going to make a battle plan. So here is what we are going to do there is going to be four of us, no five and who is going to be the leader, it's going to be the dude who is most military trained and we're – bro but I want us to try multiple tactics like I want us to try up close, medium range.

60

File#:
Date:
Time:
CD#:   1D6


HY:                    Lets do the air soft thing though.

CHS:                   Huh?

HY:                    Lets do the air soft thing though, I'm going to look up some videos
                       tonight.

CHS:                   Hell yeah, alright bro I know you are busy tomorrow so I won't
                       bother but I mean if you need anything.

HY:                    Nah you good hit me up.

CHS:                   Yeah, if you need anything hit me up.

HY:                    Alright.

CHS:                   Alright bro be safe man.

HY:                    You too, peace.

CHS:                   Peace. Alright it is approximately well it is 6:07pm and we spoke
                       over Whatapp messenger as well as uh – Facebook messenger and
                       Whatsapp messenger and again it is July 3rd, 2024, and it's
                       6:07PM.

Session 2

CHS:                   This is ▮▮▮▮▮▮▮ it is July 4th, 2024, approximate 1:25 in the
                       morning I will uh be reaching out to subject Harun Yener uh via
                       Whatsapp phone number of the subject is 9547086269 and I will
                       be calling him over Whatsapp.

[Phone Ringing]

CHS:                   Yo.

                                      62

File#: ██████████████
Date:
Time:
CD#:   1D6

| | |
|---|---|
| HY: | Chilling, what you doing? |
| CHS: | Shit I just got done playing video games bro. We are usually done at 11 but I forgot everybody was going to be off tomorrow. |
| HY: | Yeah, it's 4th of July tomorrow. |
| CHS: | Yep. Shit I might pop another Xanax though about to get ready for bed soon man… |
| HY: | [Laughs] |
| CHS: | But yeah bro so honestly dude like in what situation would somebody hit a powerplant. |
| HY: | I mean – |
| CHS: | Like what's the point you know what I'm saying. |
| HY: | I mean there are reasons its – its – it would reveal the enemy because the enemy would have to use generators. |
| CHS: | Oh ok. I guess that's true yeah. They're all nuclear though now, right? |
| HY: | I mean any kind of damage is an issue. |
| CHS: | Yeah. |
| HY: | You don't really have to go crazy with it. It's just enough to get the point across and the more damage it is – bro see – how do I put it like this – the more damage you put on your enemies and the more money they have to spend on the fuckry you do, the more money that drains in. |

63

File#:  ███████████████
Date:
Time:
CD#:   1D6

CHS:            Ok yeah like attrition type shit.

HY:             Think about it bro let's say you do don't want to kill civilians and you just wanted to make a point you would blow up a Walmart at night when nobody is there type shit. Why? Because in the morning when they wake up, they got to pay for that shit to get rebuilt and plus [UI] it cuts off the food supply for a while.

CHS:             Ok yeah.

HY:             Yep, there is a whole bunch of science.

CHS:            Damn bro the only thing that would suck about like the energy place is like it's fucking hot we need AC.

HY:             But I mean like that's drastic shit though. In reality that's unnecessary shit.

CHS:            Yeah.

HY:             That's like if you're really like a last stand type of shit.

CHS:            Yeah, I feel you.

HY:             I would actually never use that in like a direct type of conflict I'm just like saying in reality that would be pointless.

CHS:            Alright.

HY:             I ain't going to lie but no its just one of the many examples but no man it's just a whole bunch of science and shit. Like I said dude when I make small charges it's not really to like attack a whole bunch of people like the Taliban or Al-Qai'da does it's like to attack a certain group and not like – its controlled bro you know what I'm saying.

64

██████████

File#: ████████████

Date:

Time:

CD#:  1D6

CHS:  Right.

HY:  Like motherfuckers shouldn't be tying charges to propane tanks and shit. That's doing too much.

CHS:  You just think it will be too much collateral. Is that what it is?

HY:  It's too much collateral damage and too much unnecessary violence. I mean it gets the point across but besides that it's just excessive. It's unnecessary.

CHS:  Yeah, I feel that.

HY:  There is no point to light up a whole damn – knock a whole building down. We aren't just going to kill the guys causing the problems. Like for example bro, if I know these niggas are going to come down the road I'm just going to have a charge big enough to hit them and knock them the fuck out, not the whole god damn neighborhood.

CHS:  Yeah, I feel that.

HY:  Like that ISIS shit niggas be doing overseas. Blowing up a whole neighborhood to kill one Humvee. Fuck collateral damage and fuck the civilian population just blow up a whole god damn Humvee with over ten thousand pounds of C4 type shit. Like what the fuck. That's unnecessary, I mean it works but god damn it's just like – cause remember bro every bit of territory you take or cause problems with you got to rebuild and you causing all that damage and now you got to spend money or resources to go get it delt with.

CHS:  Right, that's true.

HY:  Like I said the store thing is just an example if you really had to like make a point but that's that Joker shit in reality I would never

65

██████████

File#:
Date:
Time:
CD#:   1D6

do that. That's just too much I would never have to – it's too much effort.

File#:
Date:
Time:
CD#:   1D6

HY:         I ain't even going to lie to you, I'm pretty sure anyone would get tired of that shit though.

CHS:        Yep, it's all I can afford right now though. They call it– what do they call it, little Pakistan, where I live.

HY:         got a lot of Pakistanis over there?

CHS:        Nah, you know how niggas in Chicago will call it chiraq.

HY:         Oh

CHS:        Cause of the death rate or whatever. Where I'm at that's what they call it, little Pakistan. Cause every other car got like fucking bullet holes in it and shit.

HY:          You ever been to north Florida?

CHS:        Yeah, I been to north Florida like just drove past and shit. I actually had a homey that used to live in like _____ – or he went to school over there.

HY:         I was [UI] with Pensacola.

CHS:        Yeah-yeah that's like a good – like anything like above like I'd say like Orlando is pretty dope.

HY:         I don't think I ever been there though, Orlando. Be nice though.

CHS:        It's not that great. I would recommend going more north or west like the west coast is pretty dope. _____.

HY:         I liked Pensacola a little bit but meh. I've been to a lot of states and shit so it's not new to me.

72

████████

File#:     ████████████
Date:
Time:
CD#:   1D6

CHS:                     That's dope. I drove through a couple states but never really been in any of them.

HY:                      I'm done driving though states. I drove to Missouri one time and my car broke down. That shit sucks ass.

73

████████████

File#:
Date:
Time:
CD#:   1D6



CHS:                          So, what you going to get at Walmart just a – what's it called, soldering shit.

████████ 86

File#: ████████████
Date:
Time:
CD#:   1D6

HY:                              Mhmm and a few more tools.

CHS:                             Hell yeah.

HY:                              [UI]. Then if shit pops off, welp I'm ready.

CHS:                             Oh man but I might have to let you go bro that Zanni bar is kicking in feel like im getting tired.

HY:                              What happened.

CHS:                             Said I might have to let you that Zanni bar is kicking in and I'm getting tired.

HY:                              Alright bro hit me up tomorrow.

CHS:                             Alright bet I'll hit you up.

HY:                              Alright boss.

CHS:                             Alright bro goodnight, man. Alright this will conclude the conversation with the subject it is now 2:16 in the morning on July 4th, 2014. Happy 4th of July.

████████████