███████████



## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

**FBI Miami**
2030 Southwest 145th Avenue
Miramar, Florida   33027

File Number:          ██████████

Typist Name:          OST Daniel Guzman

Name of Reviewer:          SA Garrett Bowman

Name of Document File:          1D1 ELA sub

Date of Recording:

Time of Recording:

Type of Recording:          CHS Phone contact

Participants:          HY- Harun Yener
                           CHS
                           UM – Unknown Male
                           UF – Unknown Female

Abbreviations:          [UI] -  Unintelligible
                           [SC] -  Simultaneous Conversation
                           [OV] - Overlapping Voices
                           [IA] – Inaudible

███████████



**DEFENDANT'S TRIAL EXHIBIT**
**DX-B**

███████████████

File#:   ████████████████
Date:   07-08-2024
Time:   5:15 P.M.
CD#:   1D1-ELA

| | |
|---|---|
| ██ | ████████████████████ |
| ██ | ████████████████████████████████████ ████████████ |
| ██ | ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████ |
| ██ | ████ |
| ██ | ████████████ |
| ██ | ████████████████████████████ |
| ██ | ████ |
| ██ | ████████████████ |
| ██ | ██████████████████████████ |
| ██ | ████████████████████████████████████ ████████████████ |
| ██ | ████████████████████████████████████ ████████████████████████████████████ ██████████████████████████ |

CHS:   Hell yeah. Uh, did you end up getting that shit from Walmart, uh, the soldering shit and all that?

HY:   That's what I'm talking about.

CHS:   Oh bet, bet.

███████████████

██████████

File#:  ████████████
Date:  07-08-2024
Time:  5:15 P.M.
CD#:  1D1-ELA

██  ████████████████████████████████████

██  ████████████████████████████████████
████████████████████████████████████
███████████

██  ████████████████████

██  ████████████

HY:  [UI] That's why I want to get this shit done bro because, uh, if you, if I calculate it right, I have this week and next week to get it done. Uh, after that it's all – because – hold up let me look at my calendar. So, yeah if I'm doing it right bro I got this week and next week cause after next week that third pay check has to go all to bills. Cause I was late on some rent, some rent this paycheck and – no last paycheck I was late on my rent and thankfully they didn't give me a late charge.

██  ████████████████

██  ██████

██  ████████████████████████████
██████

██  ████████████

██  ████████████████████████████████

HY:  But bro here is the thing. When I build it, it's going to be small like when I build it, it's not going to be like big it's, it's going to be like the size of like it's going to be hidden in a box. Like the size of those crayon boxes, little crayon boxes you used to get for school,

9
██████████████

████████████

File#:  ███████████████
Date:  07-08-2024
Time:  5:15 P.M.
CD#:  1D1-ELA

|  |  |
|---|---|
|  | you know what I mean? You keep your crayons and shit in them and stuff. |
| CHS: | Yeah. |
| HY: | No bigger than that and it would be set up to where I, I, I set it up in there – it wouldn't be det…a, a charge in there it would just be like set up until I need to put the charge on there. Not trying to blow my damn self up. |

10

████████████

███████████████

File#:     ████████████████
Date:     07-08-2024
Time:     5:15 P.M.
CD#:      1D1-ELA

HY:             You'd be tripping bro. Like everything… like even if you survived
                like let's say your toe got blown off. Cause, like, honestly bro it'd
                be more of like a maiming tool.

14

████████████████

File#: ████████████

Date:  07-08-2024

Time:  5:15 P.M.

CD#:  1D1-ELA

**CHS:**    Yeah bro, like you just said with the Hitler thing. [Pause] But hell yeah. So, what you got anybody in mind boy you going to send that shit.

**HY:**    Huh.

**CHS:**    I said you got anybody in mind you going to send that shit.

**HY:**    No. There's no enemy – it's, it's like I said it wouldn't even be like uh, uh… when I build it; it won't even be – have any, anything explosive attached to it. It will just be there for if anything ever happens, I have some – bro let, let me put it this way to be honest with you that's another reason I want it to go [explosion sounds] like off the movies. One it really don't need to, secondly and most importantly it's kind of like owning a nuke you never want to use it you never, you hope never to use it and you probably never will but it's a good deterrent.

**CHS:**    Right. Yeah, that's a good way to put it.

**HY:**    If you, uh, have a, a good capability of some sort that can defend you or you can use against someone – like bro, think about it like this, if a nigga was on some dumb shit with me like really serious shit no in your feelings type bullshit like some real legit it's about to go down violence.

**CHS:**    Right.

15

File#: ██████████████

Date: 07-08-2024

Time: 5:15 P.M.

CD#: 1D1-ELA

| | |
|---|---|
| HY: | But I would never use a weapon like that unless he was like bro on some straight up like – a nigga would have to, like, kill my mama type shit. |
| CHS: | Right. |
| HY: | And, and burn her body and stomp on it and put it on TikTok type shit. |
| CHS: | Oh, hell no. |
| HY: | Like, that nigga would have to be on some John Wick type shit to actually do something like that. In an actual street confrontation where I'm bumping heads with someone; I'd just do what everybody else does, just whoop ass or get ass whooped and go about my day. It's not serious enough for that kind of violence. |
| CHS: | Yeah exactly. |

17

File#: ██████████████
Date:   07-08-2024
Time:   5:15 P.M.
CD#:   1D1-ELA

HY:                          Like if a nigga, like, like butt fucked my mama, then killed her and
                             burned her body and then danced on it on TikTok then yeah, I'd
                             fuck him up.

18

File#:   ███████████████

Date:   07-08-2024

Time:   5:15 P.M.

CD#:   1D1-ELA

CHS:   [Clears through] Damn I didn't even think of all that. I was thinking of like a concussion nigga but yeah you right your whole fucking shit would turn to jelly.

HY:   But no I would never use – it wouldn't be big it'd be more like I have it set up to where if it did it'd be like a toe popper. Blow

CHS:   Bro I was thinking about getting a storage unit but I'm kind of sus now.

HY:   What are you trying to put in it?

CHS:   You know fucking explosives shit bro. Cause I live with my roommate. My roommate would fucking, he'd call the cops so quick if he sees any of that shit.

21

File#:
Date:   07-08-2024
Time:   5:15 P.M.
CD#:   1D1-ELA

HY:             At least I feel like it did. [Pause] There we go I'm getting a lot of information back. Have you talked to your people?

CHS:            Yeah, I did.

HY:             What they say?

CHS:            Bro them niggas are uh – I already knew it, they're not really trying to do shit bro they're just trying to find somebody to join and have then tell them what to do.

30