

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

FBI Miami
2030 Southwest 145th Avenue
Miramar, Florida   33027

File Number:

Typist Name:                    OST Jackson Shields

Name of Reviewer:               SA Garrett Bowman

Name of Document File:          CD – 1D7-ELA

Date of Recording:              July 29th, 2024

Time of Recording:              17:10:13

Type of Recording:              Phone Call

Participants:                   HY – Harun Yener
                                CHS –

Abbreviations:                  [UI] -  Unintelligible
                                [OV] - Overlapping Voices

[recording begins]



**DEFENDANT'S**
TRIAL EXHIBIT
**DX-C**

File#:

Date:   July 29th, 2024

Time:   17:10:13 PM

CD#:    1D7-ELA

███████ Uhh, but yeah that little, uh, that little thing you're talking about the le-the lemon container, that's pretty smart.

HY:     Yeah bro, a little lemon juice container. It's gonna be what I'm gonna, because [UI] my shits only gonna be for like assassinations.

CHS:    Yeah.

5

██████████████

File#:    ████████████████

Date:    July 29th, 2024

Time:    17:10:13 PM

CD#:    1D7-ELA

HY:         But that's enough, that's still enough power to kill—

CHS:        [OV] [coughs].

HY:         --[UI] fucking car.

CHS:        What would you put in it? [clears throat].

HY:         I'd use matchstick powders.

CHS:        Okay.

HY:         Because it's the closest thing related to, uh, well no I'm probably gonna use matchsticks and fucking, uh, I got some firecrackers too. [UI] use those too.

CHS:        Bet, bet. [coughs] when you mean assassinations, like, like political people or what?

HY:         Yeah, stuff like that.

CHS:        Oh, okay. [coughs] [grunts] Oh fuck. You got anybody in mind? What you thinking Harris?

HY:         No, I'm just waiting to see what happens first.

██    ████████████████████████████████

██    █████████████████████████

██    ████████████████████

██    ██████

6

██████████████