UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20523-CR-BLOOM

UNITED STATES OF AMERICA

vs.

HARUN ABDUL-HAMID YENER,

Defendant.
_____/

## JOINT UNOPPOSED MOTION TO CONTINUE TRIAL

The United States and the Defendant, HARUN ABDUL-HAMID YENER by and through the undersigned attorney, jointly move for a continuance of the trial date in the above-styled cause and in support thereof state as follows:

1)      The trial in the instant case is currently set for the two-week period beginning August 10, 2026, with a Calendar Call on August 4, 2026.

2)      Defendant YENER is pending trial on a severed count that charges him with one count of the Possession of Obscene Visual Representations of the Sexual Abuse of Children, in violation of 18 U.S.C. § 1466A(b).

3)      The United States, along with Defendant YENER, are respectfully requesting a brief 30-day continuance of the trial period so that they can finalize outstanding matters relating to discovery in the instant case, as the evidence in this matter can only be viewed by defense counsel in person at the FBI Field Office located in Miramar, FL.  Moreover, each party anticipates the need to hire an expert witness, and that process is ongoing.  Finally, the parties are currently engaged in plea negotiations, and additional time is needed to hopefully resolve this case by way of a plea.

4)      This motion is made in good faith and not for the purpose of causing any undue delay or prejudice to any party. Moreover, Defense counsel has been contacted, does not object to the relief sought, and each party respectfully submits, that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance on this matter outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, the United States, along with the Defendant HARUN ABDUL-HAMID YENER, respectfully request that this Honorable Court grant this joint unopposed motion for continuance of the trial date in this matter and reset the matter in 30 days.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: */s/ Marc S. Anton*_____
Marc S. Anton
Assistant United States Attorney
Florida Bar No. 0148369
United States Attorney's Office
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Telephone: (954) 660-5096
E-mail: Marc.anton@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2026, the undersigned filed this Motion with the Clerk of the Court via CM/ECF.

*/s/ Marc S. Anton*_____
Marc S. Anton
Assistant United States Attorney