UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20523-CR-BLOOM

UNITED STATES OF AMERICA,

Plaintiff,

v.

HARUN ABDUL-HAMID YENER,

Defendant.
_________________________________/

**ORDER ON MOTION TO EXCEED PAGE LIMIT**

THIS CAUSE is before the Court upon Harun Abdul-Hamid Yener's Motion to Exceed Page Limit.

THE COURT has considered the Motion and is fully advised in the premises. It is

ORDERED AND ADJUDGED that the Motion is granted: the defendant may file a motion to dismiss and for a bill of particulars in excess of the 20-page limit.

DONE AND ORDERED in chambers at Miami, Florida, this __ day of August, 2026.

_____________________________
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE