UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20523-CR-BLOOM(s)(s)
18 U.S.C. § 1466A(b)(1)
18 U.S.C. § 1467(a)

UNITED STATES OF AMERICA

vs.

HARUN ABDUL-HAMID YENER,

Defendant.
_________________________________/

FILED BY cdb01 D.C.
Sep 9, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SECOND SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Possession of Obscene Visual Representations of the Sexual Abuse of Children**
**(18 U.S.C. § 1466A(b)(1))**

On or about March 1, 2024, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HARUN ABDUL-HAMID YENER,**

did knowingly possess at least one visual depiction of any kind, including a drawing and cartoon, that depicts a minor engaging in sexually explicit conduct and is obscene, and such depiction had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 1466A(b)(1) and 2252A(b)(2).

**COUNT 2**

**Possession of Obscene Visual Representations of the Sexual Abuse of Children**
**(18 U.S.C. § 1466A(b)(1))**

On or about November 20, 2024, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**HARUN ABDUL-HAMID YENER,**

did knowingly possess at least one visual depiction of any kind, including a drawing and cartoon, that depicts a minor engaging in sexually explicit conduct and is obscene, and such depiction had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 1466A(b)(1) and 2252A(b)(2).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Second Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HARUN ABDUL-HAMID YENER**, has an interest.

2. Upon conviction of a violation of Title 18, United Stated Code, Section 1466A(b)(1), as alleged in this Second Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, pursuant to 18 U.S.C. § 1467(a).

All pursuant to Title 18, United States Code, Section 1467(a) and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** 24-20523-CR-BLOOM(s)(s)

**v.**

**CERTIFICATE OF TRIAL ATTORNEY**

HARUN ABDUL-HAMID YENER, /

**Superseding Case Information:**
New Defendant(s) (Yes or No) ______
Number of New Defendants 0
Total Number of New Counts 2

**Court Division** (select one)
☒ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ______
4. This case will take 3 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   **(Check only one)** **(Check only one)**
   I ☒ 0 to 5 days ☐ Petty
   II ☐ 6 to 10 days ☐ Minor
   III ☐ 11 to 20 days ☐ Misdemeanor
   IV ☐ 21 to 60 days ☒ Felony
   V ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Beth Bloom Case No. 24-20523-CR-BLOOM(s)
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Jonathan Goodman Magistrate Case No. 24-mj-04432-JG
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) ______
   If yes, Judge ______ Case No. ______
9. Defendant(s) in federal custody as of November 20, 2024
10. Defendant(s) in state custody as of ______
11. Rule 20 from the ______ District of ______
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

By: [signature]
Marc S. Anton
Assistant United States Attorney
FL Bar No. 148369

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: HARUN ABDUL-HAMID YENER

**Case No**: 24-20523-CR-Bloom(s)(s)

Counts 1-2

Possession of Obscene Visual Representations of the Sexual Abuse of Children

Title 18, United States Code, Section 1466A(b)(1)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**