**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20523-CR-BLOOM(s)(s)**

**UNITED STATES OF AMERICA**

**vs.**

**HARUN ABDUL-HAMID YENER,**

**Defendant.**
______________________________________/

**UNITED STATES' NOTICE OF INTENT TO USE INEXTRICABLY INTERTWINED EVIDENCE OR IN THE ALTERNATIVE, 404(B) EVIDENCE**

The United States of America, through its undersigned counsel, hereby gives notice to the Defendant of its intent to use inextricably intertwined evidence or in the alternative, pursuant to Federal Rule of Evidence 404(b), notifies the defendant of its intent to introduce evidence of the defendant's other crimes, wrongs and/or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, or absence of mistake.

The substance of the inextricably intertwined evidence or in the alternative, 404(b) evidence includes twelve (12) images seized from the Defendant's cell phone on March 1, 2024 and specifically identified in the 1B1 redacted extraction report; forty-four (44) images similarly seized from the Defendant's cell phone on March 1, 2024 and specifically identified in the 1B2 redacted extraction report; and thirty-four (34) images seized from the Defendant's cell phone on November 20, 2024 and specifically identified in the 1B47 extraction report. These extraction reports contain both the file names and MD5 Hash Values of all of the selected images the Government intends to utilize at trial as either inextricably intertwined evidence or in the alternative, 404(b) evidence, have previously been viewed in their native and unredacted format

both by defense counsel and their experts in person on at least three prior occasions at various nationwide FBI facilities, and were previously provided to defense counsel in a redacted .pdf format via email on September 9, 2026.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
UNITED STATES ATTORNEY

By: /s/ Marc S. Anton________
MARC S. ANTON
Assistant U.S. Attorney
Florida Bar No. 0148369
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 660-5096
Fax: (954) 356-7230
Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton______________
Assistant U.S. Attorney