UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20523-CR-BLOOM(s)(s)

UNITED STATES OF AMERICA

vs.

HARUN ABDUL-HAMID YENER,

Defendant.
_______________________________________/

## GOVERNMENT'S WITNESS LIST

1) Taylor Sutherland (FBI)
2) Josh Youngblood (FBI)
3) Jackson Shields (FBI)
4) Andrea Martinez (FBI CART)
5) Alexander Gordon (Former FBI CART)
6) Dr. Sharon Cooper, Development and Forensic Pediatrics

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

/s/ Marc S. Anton
Marc S. Anton
Assistant United States Attorney
Florida Bar No. 0148369
United States Attorney's Office
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Telephone: (954) 660-5096
E-mail: Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton
Assistant U.S. Attorney