**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY RCH1 D.C.
Nov 9, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CASE NO. 24-20523-CR-BLOOM(s)(s)(s)**

**UNITED STATES OF AMERICA**

**vs.**

**HARUN ABDUL-HAMID YENER,**

**Defendant.**
______________________________/

## SUPERSEDING INFORMATION

The Acting United States Attorney charges that:

On or about March 1, 2024, in Miami-Dade and Broward Counties, in the Southern District of Florida and elsewhere, the defendant,

**HARUN ABDUL-HAMID YENER,**

did knowingly use an interactive computer service in interstate commerce, for carriage of an obscene, lewd, and lascivious picture, and matter of indecent character, that is, an animated image depicting a purported minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 1462(a).

______________________________ for:
YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

______________________________
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** | **CASE NO.: 24-20523-CR-Bloom(s)(s)(s)**

**v.**

**Harun Abdul-Hamid Yener,**

**Defendant.** /

## CERTIFICATE OF TRIAL ATTORNEY

**Court Division** (select one)
☑ Miami ☐ Key West ☐ FTP
☐ FTL ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) Yes
Number of New Defendants ____
Total number of new counts 1

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: ____
4. This case will take 0 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) |
|---|---|---|---|
| I | ☑ | 0 to 5 days | ☐ Petty |
| II | ☐ | 6 to 10 days | ☐ Minor |
| III | ☐ | 11 to 20 days | ☐ Misdemeanor |
| IV | ☐ | 21 to 60 days | ☑ Felony |
| V | ☐ | 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Beth Bloom Case No. 24-20523-CR-Bloom (s)(s)
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Jonathan Goodman Magistrate Case No. 24-mj-04432
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) ____
   If yes, Judge ____ Case No. ____
9. Defendant(s) in federal custody as of November 20, 2024
10. Defendant(s) in state custody as of ____
11. Rule 20 from the ____ District of ____
12. Is this a potential death penalty case? (Yes or No) No
13. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
14. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026? No

By: [signature]
Marc S. Anton
Assistant United States Attorney
Florida Bar No. 148369

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: HARUN ABDUL-HAMID YENER**

**Case No: 24-20523-CR-BLOOM(s)(s)(s)**

Count #: 1

Transportation of Obscene Materials

In violation of Title 18, United States Code, Section 1462(a)

*** Max. Term of Imprisonment: 5 years**
*** Mandatory Min. Term of Imprisonment (if applicable): None**
*** Max. Supervised Release: 3 years**
*** Max. Fine: $250,000**

---

Count #:

*** Max. Term of Imprisonment:**
*** Mandatory Min. Term of Imprisonment (if applicable):**
*** Max. Supervised Release:**
*** Max. Fine:**

---

Count #:

*** Max. Term of Imprisonment:**
*** Mandatory Min. Term of Imprisonment (if applicable):**
*** Max. Supervised Release:**
*** Max. Fine:**

---

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>HARUN ABDUL-HAMID YENER,<br>*Defendant* | ) ) ) ) ) | Case No. 24-20523-BLOOM(s)(s)(s) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ____________________

____________________
*Defendant's signature*

____________________
*Signature of defendant's attorney*

Abigail Becker, AFPD
*Printed name of defendant's attorney*

____________________
*Judge's signature*

HON. BETH BLOOM, U.S. DISTRICT COURT JUDGE
*Judge's printed name and title*